UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  David E. Cossou,                                  Case No. 16-04484-swd
        Paula S. Cossou                                   Chapter 13
        Debtor.

**STIPULATED MOTION FOR SUBSTITUTION OF ATTORNEY**

NOW COME the Debtor, by and through her attorneys, Andersen, Ellis & Shephard, and the Debtors' former counsel, David Lutz Law PC, and ask the Court to substitute Andersen, Ellis & Shephard in place of David Lutz Law PC as attorney of record.

Date: *August 4, 2017*

David E. Cossou

Date: *August 4, 2017*

Paula S. Cossou

Andersen, Ellis & Shephard

Date: *August 4, 2017*         By: /S/ Jeremy B. Shephard
                                866 3 Mile Road NW, Suite B
                                Grand Rapids, MI 49544
                                (616) 784-1700

David Lutz Law PC

Date: 8/4/2017                  /s/ David Lutz with permission
                                David Gerald Lutz
                                6250 Orchard Lake Rd, Suite B
                                West Bloomfield, MI 48322
                                (248) 714-1650