UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  David E. Cossou,　　　　　　　　　　　　　　　Case No. 16-04484-swd
　　　　Paula S. Cossou　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.

### ORDER SUBSTITUTING ATTORNEY

At session of said Court, held in and for said District, at the United States Bankruptcy Court, One Division Avenue, Grand Rapids, Michigan.

PRESENT:　　Honorable Scott W. Dales
　　　　　　　　　United States Bankruptcy Judge

The Debtors have filed a motion entitled "Stipulated Motion for Substitution of Attorney."  The motion is GRANTED.

IT IS ORDERED that Andersen, Ellis & Shephard shall be substituted in place of David Lutz Law PC as the attorney of record for the Debtors.

### END OF ORDER

**IT IS SO ORDERED.**

Dated August 7, 2017



_____
Scott W. Dales
United States Bankruptcy Judge