UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   David E. Cossou,                                    Case No. 16-04484
         Paula S. Cossou                                     Chapter 13
         Debtors.                                            Hon. Scott W. Dales
_____/                       Filed: 8/30/2016

## ANDERSEN, ELLIS & SHEPHARD'S
## FIRST APPLICATION FOR COMPENSATION

Debtors' attorneys, Andersen, Ellis & Shephard, applicant, represents that it has acted as attorneys for the Debtors in the above captioned proceeding, and that in such capacity it has performed the services as enumerated and set forth in the attached statement and that the services rendered have actually been rendered in aid of administration of this case and that such services benefited the Debtors' estate and the Debtors, and were necessary in the administration thereof, further that this application for fees and expenses is the first application and that disbursements of such fees and expenses are reasonable and just.

The professional person(s), Andersen, Ellis & Shephard petition the Bankruptcy Court for allowance of fees and expenses. The requested fees in this petition are $1,375.00 and expenses are $17.99, for a total of $1,392.99.

These service fees and expenses were accrued over the time period of August 2, 2017 through February 12, 2018. The Statement of Attorney Fees and Expenses has been filed and may be viewed at the United States Bankruptcy Court for the Western District of Michigan on One Division Ave. Room 200 NW Grand Rapids, MI 49503 during regular business hours, (8:00 a.m. to 4:00 p.m.) Monday through Friday except for federal holidays.

The Debtors filed their Chapter 13 bankruptcy on August 30, 2016 and the Plan was confirmed on December 15, 2016. The current status of this case is that the plan payments are being made as scheduled and there is no dismissal motion pending.

WHEREFORE, Petitioner prays for an entry of an Order authorizing the professional fees and expenses in the amount of $1,392.99 as a claim of priority under 11 USC § 507 and 11 USC § 503(b) as administrative expenses in this case from the Chapter 13 Trustee.

DATE: February 12, 2018                              Andersen, Ellis & Shephard

                                                     by: /s/ Jeremy B. Shephard
                                                     866 3 Mile Rd NW Ste B
                                                     Grand Rapids, MI 49544
                                                     P: 616-784-1700/F: 616-784-5392
                                                     Jeremy@usadebt.com