UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:   David E. Cossou,<br>            Paula S. Cossou<br>            Debtors. | Case No. 16-04484<br>Chapter 13<br>Hon. Scott W. Dales<br>Filed: 8/30/2016 |

## PROOF OF SERVICE

**Documents Served:** ITEMIZED STATEMENT OF ATTORNEYS' FEES AND EXPENSES

Persons Served:

David & Paula Cossou, 412 E Montcalm, Greenville, MI 48838

Brett Rodgers, Chapter 13 Trustee via e-mail: ecf@rodgersch13.com

Dean R. Prober on behalf of Creditor Carrington Mortgage Services, LLC via email: cmartin@pralc.com, ecf6@ecf.courtdrive.com

Michelle M. Wilson , United States Trustee's Office via e-email: Michelle.M.Wilson@usdoj.gov

**Documents Served:** ANDERSEN, ELLIS & SHEPHARD FIRST APPLICATION FOR COMPENSATION, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES, PROPOSED ORDER, CERTIFICATE OF SERVICE

Persons Served:

Matrix

The undersigned certifies that a copy of the documents listed above were served upon the following parties listed above either electronically, or by depositing said copies in regular first class mail, postage pre-paid, by placing the envelopes in the mail on the date indicated below.

Andersen, Ellis & Shephard

**DATE OF SERVICE:**            By:  /S/  *Jeremy B. Shephard* (P72719)
February 12, 2018                  866 3 Mile Road NW Suite B
                                              Grand Rapids, MI 49544
                                              (616) 784-1700

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 16-04484-swd<br>Western District of Michigan<br>Grand Rapids<br>Mon Feb 12 14:29:08 EST 2018 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Carrington Mortgage Services L<br>Bankruptcy Department<br>1600 South Douglass Rd<br>Anaheim CA 92806-5951 |
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5951 | Carrington Mortgage Services, LLC,<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Carrington Mortgage Services, LLC, its assig<br>c/o Prober & Raphael, A Law Corp.<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| David E. Cossou<br>412 E. Montcalm<br>Greenville, MI 48838-1818 | Paula S. Cossou<br>412 E. Montcalm<br>Greenville, MI 48838-1818 | Credit Acceptance<br>25505 W. 12 Mile #3000<br>Southfield MI 48034-8331 |
| Flat River Family Dentistry<br>918 W. Washington<br>Greenville MI 48838-2165 | GM Financial Leasing<br>PO Box 398045<br>Roseville, MN 55439-8045 | Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kenneth J. Johnson<br>Johnson, Blumberg & Associates<br>5955 West Main St, Suite 18<br>Kalamazoo MI 49009-8700 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 | Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202-6024 | Dean R. Prober<br>Polk Prober & Raphael<br>20750 Ventura Blvd, #100<br>Woodland Hills, CA 91364-6207 |
| Brett N. Rodgers<br>99 Monroe Ave NW, Ste 601<br>Grand Rapids, MI 49503-2654 | SECURITIES & EXCHANGE COMM<br>BANKRUPTCY SECTION<br>175 W. JACKSON BLVD.<br>SUITE 900<br>CHICAGO, IL 60604-2815 | Jeremy Shephard<br>Andersen, Ellis & Shephard<br>866 3 Mile Rd NW Ste B<br>Grand Rapids, MI 49544-8217 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | UNITED STATES TRUSTEE<br>THE LEDYARD BUILDING, 2ND FLOOR<br>125 OTTAWA NW, SUITE 200R<br>GRAND RAPIDS, MI 49503-2837 | US Department of Housing and Urban Develop<br>451 7th Street SW<br>Washington, DC 20410-0002 |
| Michelle M. Wilson<br>Trial Attorney<br>Office of the US Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2865 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 | End of Label Matrix<br>Mailable recipients   24<br>Bypassed recipients    2<br>Total                 26 |