UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  David E. Cossou,                                              Case No. 16-04484
        Paula S. Cossou                                               Chapter 13
        Debtors.                                                      Hon. Scott W. Dales
_____/                                       Filed: 8/30/2016

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
OF APPLICATION FOR PROFESSIONAL FEES PURSUANT
TO FED. R. BANKR. P. RULE 2016 NOTICE OF THE RIGHT TO OBJECT**

Notice is hereby given that the following professional persons have made application to the Bankruptcy court for the allowance of fees and expenses as listed below:

| Professional | Additional Fees requested | Expenses requested | Fees previously approved by the Court to applicant |
|---|---|---|---|
| Andersen, Ellis & Shephard | $1,375.00 | $17.99 | $0.00 |

(X) Allowance of the fees will modify the Plan and may adversely affect creditors since:
    (X) the fees will be paid through the Plan with priority over all other claims, except continuous monthly payments to secured creditors and leases;
    ( ) although the total amount to be paid to creditors remains unchanged, distribution may be delayed to creditors;
    ( ) the Plan length will increase by_____ months, for total of ___ months;
    (X) other: additional attorney fee granted **will** reduce the percentage paid to the unsecured creditors.

( ) Allowance of the fees will not adversely affect the distribution to creditors since:
    ( ) the fees will be paid directly by the Debtors after the completion of the Plan;
    ( ) this is a liquidation Plan and the fees will be paid upon the sale of assets;
    ( )_____.

The application shall forthwith serve a copy of this notice upon those entities entitled to notice. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event an objection is filed, a subsequent notice will be sent to you of the date, time, and location of the hearing on this objection.

ANY OBJECTION MUST BE TIMELY FILED WITH: United States Bankruptcy Court One Division Ave. NW Room 200 Grand Rapids, MI 49503.

A copy of an Objection must also be served upon: Andersen, Ellis & Shephard, 866 3 Mile Rd. NW Suite B Grand Rapids, MI 49544, and Brett Rodgers, 99 Monroe Ave NW Ste 601, Grand Rapids, MI 49503.

DATE: 2/12/2018                     Andersen, Ellis & Shephard

                                          By:  /S/ *Jeremy B. Shephard* (P72719)
                                          866 3 Mile Road NW Suite B
                                          Grand Rapids, MI 49544
                                          P: (616) 784-1700 / F: (616) 784-5392