**Andersen, Ellis & Shephard**     866 3 Mile Rd. N.W., Suite 1 GRAND RAPIDS, MI 49544

(616) 784-1700

Invoice submitted to:
David & Paula Cossou
412 E. Montcalm
Greenville, MI 48838
Montcalm


February 12, 2018


Invoice #13686


Professional Services

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2017 | JBS | Phone conversation with client re: handling her case. | | 0.20<br>250.00/hr | 50.00 |
| | JBS | Opened filed in bestcase. | | 0.20<br>250.00/hr | 50.00 |
| | JBS | Pull docket report off of PACER. | | 0.10<br>250.00/hr | 25.00 |
| 8/3/2017 | JBS | Draft stipulation to substitute counsel. | | 0.20<br>250.00/hr | 50.00 |
| | JBS | Draft proposed order for stipulation to substitute counsel. | | 0.10<br>250.00/hr | 25.00 |
| 8/4/2017 | JBS | Meeting with clients. Discuss bankruptcy. | | 0.50<br>250.00/hr | 125.00 |
| | JBS | File Review. Pull chapter 13 plan off of PACER to discuss with clients. | | 0.10<br>250.00/hr | 25.00 |
| | JBS | Email to prior attorney re: stipulation. | | 0.10<br>250.00/hr | 25.00 |
| | JBS | Review email from prior counsel re: stipulation. | | 0.10<br>250.00/hr | 25.00 |
| | JBS | Review document and approve for electronic filing with the court. Re: Debtor(s) stipulation to substitute counsel. | | 0.10<br>250.00/hr | 25.00 |
| | JBS | Review document and approve for electronic filing with the court. Re: proposed order stipulation to substitute counsel. | | 0.10<br>250.00/hr | 25.00 |

David & Paula Cossou                                                                                                     Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2017 | JBS | Review document and approve for electronic filing with the court. Re: 2016b disclosure. | 0.10<br>250.00/hr | 25.00 |
| 8/8/2017 | DWA | Reviewed ECF re. e-mail. order on stipulation to substitute counsel. | 0.10<br>125.00/hr | 12.50 |
|  | JBS | File Review. Pulled docket from trustee website. | 0.20<br>250.00/hr | 50.00 |
|  | JBS | File Review. Reviewed schedules, claims, and plan. | 0.70<br>250.00/hr | 175.00 |
|  | JBS | Left a voicemail for client re: review of case. | 0.10<br>250.00/hr | 25.00 |
| 10/20/2017 | DWA | Call from Paula<br>Discuss the 2003 Chevrolet Venture | 0.10<br>125.00/hr | 12.50 |
| 10/27/2017 | DWA | Phone call with client<br>Discuss concerns about Americredit claim and the van | 0.10<br>125.00/hr | 12.50 |
| 11/3/2017 | DWA | File Review regarding plan treatment of second mortgage with US Department of Housing and Urban Development | 0.20<br>125.00/hr | 25.00 |
|  | DWA | Call the trustee's office<br>Discuss plan treatment of second mortgage | 0.10<br>125.00/hr | 12.50 |
| 11/6/2017 | DWA | Reviewed ECF re. e-mail.<br>Notice of mortgage payment change filed by Carrington Mortgage Services<br>Payment will be $776.04 per month effective 12-01-17<br>Mortgage is paid through the plan | 0.10<br>125.00/hr | 12.50 |
| 11/9/2017 | JBS | Draft correspondence to clients<br>Letter regarding case issues | 0.20<br>250.00/hr | 50.00 |
| 11/10/2017 | DWA | Phone call with client<br>Speak with Paula<br>Discusss notice of mortgage payment change<br>Discuss other issues about the case | 0.20<br>125.00/hr | 25.00 |
| 11/30/2017 | DWA | Draft first motion to modify the confirmed plan | 0.30<br>125.00/hr | 37.50 |
|  | JBS | Review proposed amendment to the plan stripping a second mortgage. Make changes. Approve to send to client. | 0.20<br>250.00/hr | 50.00 |

David & Paula Cossou                                                                                                        Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2017 | JBS | Draft correspondence to clients<br>Letter regarding first motion to modify the plan | 0.20<br>250.00/hr | 50.00 |
| 12/27/2017 | DWA | Call clients regarding motion to modify the plan that I mailed November 30, 2017<br>Leave message to call | 0.10<br>125.00/hr | 12.50 |
| 1/5/2018 | MEV | Client called regarding document and plan length issues. | 0.20<br>125.00/hr | 25.00 |
|  | JBS | Draft correspondence to Clients regarding the First Motion to Modify the Confirmed Chapter 13 Plan. | 0.20<br>250.00/hr | 50.00 |
| 1/22/2018 | JBS | Review document and approve for electronic filing with the court. Re: Debtor(s) motion to modify the confirmed plan. | 0.10<br>250.00/hr | 25.00 |
| 1/23/2018 | DWA | Draft proposed order for first motion to modify the plan | 0.10<br>125.00/hr | 12.50 |
|  | DWA | Preparation of first motion to modify the plan to serve with notice<br>Review claim of US Deptarment of Housing and Urban Development for creditor address<br>Print documents to PDF<br>Ready to serve on two creditor addresses<br>Mark calendar for report date - 2-21-18 | 0.30<br>125.00/hr | 37.50 |
| 2/6/2018 | DWA | Phone call with client<br>Speak with Paula<br>Discuss Chevy Van and status of claim with AmeriCredit | 0.10<br>125.00/hr | 12.50 |
| 2/12/2018 | JBS | File Review re: review itemization for professional fees and expenses, composed Petition for fees, Notice of Application with Opportunity to Object, Proof of Service, final review and approve to be e-filed with the Court. | 0.70<br>250.00/hr | 175.00 |
|  |  | **For professional services rendered** | **6.50** | **$1,375.00** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 8/4/2017 | JBS | Service Fee<br>Service fee for PACER to pull plan. | 1<br>0.90 | 0.90 |
| 11/9/2017 | DWA | Postage<br>Draft correspondence to clients<br>Letter regarding case issues | 1<br>0.46 | 0.46 |

David & Paula Cossou                                                                                                    Page    4

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 11/30/2017 | DWA | Postage<br>Draft correspondence to clients<br>Letter regarding first motion to modify the plan | 1<br>0.46 | 0.46 |
| 1/5/2018 | MEV | Postage<br>Postage for correspondence to Clients regarding the First Motion to Modify the Confirmed Chapter 13 Plan | 1<br>0.46 | 0.46 |
|  | MEV | Photocopies<br>Photocopies for Debtors' First Motion to Modify the confirmed Chapter 13 Plan. | 1<br>0.25 | 0.25 |
| 1/23/2018 | DWA | Photocopies<br>Preparation of first motion to modify the plan to serve with notice<br>Review claim of US Deptarment of Housing and Urban Development for creditor address<br>Print documents to PDF<br>Ready to serve on two creditor addresses<br>Mark calendar for report date - 2-21-18 | 4<br>0.25 | 1.00 |
|  | DWA | Postage<br>Preparation of first motion to modify the plan to serve with notice<br>Review claim of US Deptarment of Housing and Urban Development for creditor address<br>Print documents to PDF<br>Ready to serve on two creditor addresses<br>Mark calendar for report date - 2-21-18 | 2<br>0.47 | 0.94 |
| 2/12/2018 | JBS | Matrix mailing labels<br>Expense re: notice fee app on matrix | 1<br>0.50 | 0.50 |
|  | JBS | Photocopies<br>Expense re: notice fee app on client and matrix | 22<br>0.25 | 5.50 |
|  | JBS | Postage<br>Expense re: notice fee app on client and matrix | 16<br>0.47 | 7.52 |

**Total additional charges**                                                                                              $17.99

**Total amount of this bill**                                                                                          $1,392.99

| Abbreviations | Full Name | Billing Rate |
|---|---|---|
| **ATTORNEY :** | | |
| DCA | David C. Andersen | $250.00 |
| RLJE | Rebecca L. Johnson-Ellis | $250.00 |
| JBS | Jeremy B. Shephard | $250.00 |
| **PARALEGALS:** | | |
| DWA | Donald W. Andersen | $125.00 |
| CD | Cathy Derenzinski/See | $125.00 |
| MEV | Mitch VanPopering | $125.00 |
| LW | Linda Ward | $125.00 |
| LS | Lindsey Smith | $125.00 |
| A2 | Ashley Vance | $125.00 |