UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   David E. Cossou,                                    Case No. 16-04484
         Paula S. Cossou                                    Chapter 13
         Debtors.                                                Hon. Scott W. Dales
_____/                    Filed: 8/30/2016

## ORDER FOR ALLOWANCE OF FEES

At session of said Court held at the United States Bankruptcy Court, One Division Avenue, Grand Rapids, Michigan.

PRESENT: Honorable Scott W. Dales
               Bankruptcy Judge

An Application for Attorney's Fees have been made by Andersen, Ellis & Shephard, attorneys for the debtor, for additional compensation, and that the services rendered have been rendered in aid and administration of this case, and that such services benefited the Debtor's estate and the Debtor, and requested compensation is reasonable and just, NOW THEREFORE,

IT IS ORDERED that Andersen, Ellis & Shephard's first petition for professional fees and expenses in the amount of $1,392.99 is granted.

IT IS FURTHER ORDERED that the additional attorney fee and expenses allowed shall be paid by the Trustee to the Applicant as an administrative expense in accordance with 11 U.S.C. § 507(a)(1) and 11 U.S.C. § 503(b).

IT IS FURTHER ORDERED that a copy of said order be returned to Andersen, Ellis & Shephard for service upon parties with interest.

**END OF ORDER**