UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  DAVID E. COSSOU and         Case No. 16-04484-swd
        PAULA S. COSSOU,            Chapter 13
        Debtors.
_____/

**AFFIDAVIT OF NO OBJECTION TO
FIRST MOTION TO MODIFY THE CONFIRMED PLAN**

    The undersigned person certifies to the Court under the penalties of perjury that a Notice of Debtors' First Motion to Modify the Confirmed Chapter 13 Plan and Opportunity to Object were served on January 23, 2018, that notice required copies of any written objections be filed with the undersigned, the Trustee and the Court within 21 days of the notice, that at least 28 days have elapsed, and that no objections were received within 28 days of the date of service of that notice.

    The undersigned therefore requests that the court sign the proposed order approving post-confirmation amendment of plan which is attached to this affidavit.

                       Andersen Ellis & Shephard

Date: *February 21, 2018*    By: /S/ *Jeremy B. Shephard* (P72719)
                                   866 3 Mile Road NW Suite B
                                   Grand Rapids, MI 49544
                                   (616) 784-1700