**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

DAVID E. COSSOU
PAULA S. COSSOU
Debtors/

CASE NO.: DG 16-04484
CH. 13

**COURT'S NOTICE TO PARTIES IN INTEREST OF HEARING**

**DEBTORS' FIRST MOTION TO MODIFY THE CONFIRMED CHAPTER 13 PLAN**

Please take notice that the above-referenced motion has been filed with the Bankruptcy Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on this matter, attend the hearing scheduled for March 7, 2018 at 9:30 a.m. at the United States Bankruptcy Court, **COURTROOM A, ONE DIVISION N.W., GRAND RAPIDS, MICHIGAN**.

Notice served by the court upon the following: (February 23, 2018-kt)

Debtor, 412 E. Montcalm, Greenville, MI 48838
Jeremy B. Shephard Esq.
Brett N. Rodgers, Trustee

December 21, 2017

DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

/s/
BY: Kathleen M. Trapp, Deputy Clerk




NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.